IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 NOV 13 PM 3:45
CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| DONNA ARUGU, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:18-CV-0343-LY |
| v. | § § § | |
| TOUCHPOINT 360, LLC and E.A. LANGENFELD ASSOCIATES, LTD., | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon the Joint Stipulation of Dismissal Without Prejudice of Terry Joe Harper, Ronald Johnson, Julie Spille, George Thayer, and Marcia Thayer. The Court having carefully reviewed said Stipulation and after due consideration, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation of Dismissal Without Prejudice of Terry Joe Harper, Ronald Johnson, Julie Spille, George Thayer, and Marcia Thayer filed by Plaintiff and Defendants is approved; and

2. Terry Joe Harper, Ronald Johnson, Julie Spille, George Thayer, and Marcia Thayer are dismissed from this case without prejudice; and

3. The parties shall bear their own costs and fees as it relates to the claims of Terry Joe Harper, Ronald Johnson, Julie Spille, George Thayer, and Marcia Thayer.

Signed this 13th day of November, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

PFS:003450.0069.2215586.1