IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN -9 AM 10: 29



| | | |
|---|---|---|
| DONNA ARUGU, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | 1:18-CV-0343-LY |
| TOUCHPOINT 360, LLC and E.A. LANGENFELD ASSOCIATES, LTD. | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP Rule 41(a)(1)(A)(ii) submitted in the above-captioned lawsuit:

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Donna Arugu and all of the Opt-In Plaintiffs therein against Touchpoint 360, LLC and E.A. Langenfeld Associates, Ltd. be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this the _____ day of _____, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE