IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JAN -9 AM 10:30
CLERK US DIST
WESTERN DIST
BY_____ 

| | | |
|---|---|---|
| DONNA ARUGU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF,<br><br>V.<br><br>TOUCHPOINT 360, LLC AND E.A. LANGENFELD ASSOCIATES, LTD.,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:18-CV-343-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On November 13, 2019, the court rendered an Order of Dismissal without Prejudice, dismissing without prejudice Terry Joe Harper, Ronald Johnson, Julie Spille, George Thayer, and Marcia Thayer (Doc. #83).

On December 30, 2019, the parties filed a Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP Rule 41(a)(1)(A)(ii) (Doc. #88), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of January, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE